```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civ. S-05-0371 MCE GGH |
| Plaintiff, | JOINT REQUEST FOR STAY AND **ORDER** THEREON |
| v. | |
| APPROXIMATELY $55,000 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff United States of America and claimants Ruben Ayala, Sr., and San Juana Ayala [hereafter "Claimants"], by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings pending the outcome of a related criminal case.

1. Claimants filed a claim on March 25, 2005, and filed an Answer to the Verified Complaint For Forfeiture In Rem on April 8, 2005. Michael Ayala, currently a defendant in U.S. v. Michael Ayala, et al., 2:04-CR-388 MCE, filed a claim during the administrative forfeiture phase of these forfeiture proceedings claiming to be the sole owner of the defendant currency, but did

not file a claim once the complaint was filed in district court. No other parties have filed a claim in this forfeiture action.

2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) the parties seek a stay of discovery in this case. The United States contends that the defendant currency, which was seized from a safe in Claimants' garage, is the proceeds of Michael Ayala's drug trafficking activities.[1] The United States intends to subpoena Michael Ayala to appear for a deposition so the United States can question him about the claim he filed with the Drug Enforcement Administration. His claim is in direct conflict with the claim filed by Claimants who claim they own the defendant property. If discovery proceeds, Michael Ayala would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to assist his parents (Claimants) in proving their claim, or waiving his Fifth Amendment right and submitting to a deposition and potentially incriminating himself in the pending criminal matter. If Michael Ayala invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim he filed with DEA.

3. In addition, Claimants intend to depose Special Agents from the Drug Enforcement Administration who were involved in the investigation of Michael Ayala and his codefendants in <u>United States v. Ayala, et al</u>., 2-04-388 MCE. Allowing depositions of the law enforcement investigators involved in the <u>Ayala</u>

---

[1] Claimants are Michael Ayala's parents.

investigation and prosecution would adversely affect the ability of the government to properly prosecute the <u>Ayala</u> case.

    4.  Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon Claimants' ability to prove their claim that the defendant currency belongs to them, and that it came from a legitimate source.  For these reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal case.

Dated: August 3, 2005        McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ kdoor
                                    _____
                                    Assistant U.S. Attorney

Dated: August 3, 2005        /s/ jbalazs
                                    _____
                                    JOHN BALAZS
                                    Attorney for Claimants
                                    Ruben Ayala, Sr. and
                                    San Juana Ayala


    IT IS SO ORDERED.

Dated: August 12, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE