```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:05-CV-00371 MCE GGH |
|---|---|
| Plaintiff, | ) **FINAL JUDGMENT** |
| | ) **OF FORFEITURE** |
| v. | ) |
| APPROXIMATELY $55,000 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1. This is a civil forfeiture action against $55,000 in U.S. Currency (hereinafter the "defendant currency") seized from claimants' home at 236 Janice Drive, Colusa, California, within the Eastern District of California, on September 22, 2004, by the United States Drug Enforcement Administration.

2. A Complaint for Forfeiture In Rem was filed on or about February 24, 2005, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On or about February 25, 2005, the Court issued a

1

1 | Warrant of Arrest In Rem for the defendant currency, and that
2 | warrant was duly executed on February 28, 2005.
3 |    4.   On or about March 7, 2005, copies of the Complaint for
4 | Forfeiture In Rem, Summons and Warrant of Arrest In Rem,
5 | Affidavit, Application and Order for Publication, and court
6 | notices were personally served on claimants.
7 |    5.   On or about April 6, 2005, a Public Notice of Arrest of
8 | defendant currency appeared by publication in the Colusa County
9 | Sun-Herald, a newspaper of general circulation in the county in
10 | which the defendant currency was seized (Colusa County).  The
11 | Proof of Publication was filed with the Court on April 15, 2005.
12 |    6.   Claimants filed verified claims to the defendant
13 | property on March 25, 2005, and filed an Answer to the Complaint
14 | for Forfeiture In Rem on April 8, 2005.  No other parties have
15 | filed claims or answers in this matter, and the time for which
16 | any person or entity may file a claim and answer has expired.
17 | Claimants represent and warrant that they are the sole owners of
18 | the defendant currency.
19 |    Based on the above findings, and the Court being otherwise
20 | fully advised in the premises, it is hereby
21 |    ORDERED AND ADJUDGED;
22 |    1.   That the Court adopts the Stipulation for Final
23 | Judgment of Forfeiture entered into by and between the parties to
24 | this action.
25 |    2.   That judgment is hereby entered against claimants Ruben
26 | Ayala, Sr., San Juana Ayala, and all other potential claimants
27 | who have not filed claims in this action.
28 |    3.   That all right, title, and interest in $36,300.00 of

the defendant currency, together with any interest that may have accrued on $36,300.00, is hereby forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.   That $18,700.00 of the defendant currency, together with any interest that may have accrued on $18,700.00, shall be returned to claimants Ruben Ayala, Sr. and San Juana Ayala, to be apportioned between them as they deem appropriate.  Said payment shall be made no later than 60 days after entry of this Final Judgment of Forfeiture.  The U.S. Marshals Service shall issue a check in the amount of $18,700.00, plus any accrued interest on that amount, made payable jointly to Ruben Ayala, Sr., San Juana Ayala, and attorney John Balazs and shall send it to attorney John Balazs at 916 2nd Street, Suite F, Sacramento, CA 95814.

5.   That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown or unanticipated injuries, as well as those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

6.   That claimants Ruben Ayala, Sr. and San Juana Ayala waive any and all claim or right to interest that may have accrued on the $36,300.00 to be forfeited to the United States.

7.   That pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture In Rem filed February 24, 2005, the Court finds that there was

3

reasonable cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    8.   That all parties are to bear their own costs and attorneys' fees.

DATED: June 12, 2006

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 24, 2005, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant currency.

DATED: June 12, 2006

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE